1092

No. 10–455. WALSH *v.* KRANTZ ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–519. IRWIN *v.* NORTH DAKOTA. Sup. Ct. N. D. Certiorari denied.

No. 10–531. COURTNEY *v.* OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 10–585. PUERTO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–588. WOLF *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–593. WILLIAMS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–5082. MARTIN *v.* OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 10–5183. STEWART *v.* MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–5482. BARRINGTON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–5767. BEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–6205. THYKKUTTATHIL ET UX. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 10–6243. BOROWY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–6328. PUGH *v.* MINNESOTA. C. A. 8th Cir. Certiorari denied.

No. 10–6746. COOPERSMITH, FKA DOWNEY *v.* DOWNEY. Ct. App. Colo. Certiorari denied.

No. 10–6755. HART *v.* HILL, SUPERINTENDENT, POWDER RIVER CORRECTIONAL FACILITY. C. A. 9th Cir. Certiorari denied.